```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 09532
    JILLIAN M GOAD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

             Debtor
    SSN XXX-XX-8527


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 05/25/2007 and was confirmed 08/16/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 02/14/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                  PAID           PAID
-------------------------------------------------------------------------------
  INTERNAL REVENUE SERVICE  PRIORITY         2042.00              .00            .00
  AFNI                      UNSECURED        NOT FILED            .00            .00
  ALLIANCE ONE              UNSECURED        NOT FILED            .00            .00
  ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED            .00            .00
  SBC                       UNSECURED         192.35              .00            .00
  CASH NET 500              UNSECURED        NOT FILED            .00            .00
  CITY OF CHICAGO PARKING   UNSECURED         550.00              .00            .00
  CHICAGO DEPT OF REVENUE   UNSECURED        NOT FILED            .00            .00
  CHICAGO DEPT OF REVENUE   UNSECURED        NOT FILED            .00            .00
  CORTRUST BANK             UNSECURED        NOT FILED            .00            .00
  GEICO INDEMNITY           UNSECURED        NOT FILED            .00            .00
  CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED            .00            .00
  GENEVA ROTH               UNSECURED        NOT FILED            .00            .00
  ICON ADVANTAGE RESOURCES  UNSECURED        NOT FILED            .00            .00
  ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
  MTE FINANCIAL SERVICES    UNSECURED        NOT FILED            .00            .00
  NAPERVILLE ELECTRIC       UNSECURED        NOT FILED            .00            .00
  NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
  RITTER PROPERTIES INC     UNSECURED        NOT FILED            .00            .00
  RIVER GROVE CLINIC        UNSECURED        NOT FILED            .00            .00
  T MOBILE                  UNSECURED         114.02              .00            .00
  ROUNDUP FUNDING LLC       UNSECURED         697.35              .00            .00
  TCF BANK                  UNSECURED        NOT FILED            .00            .00
  TELE COLLECTION SYSTEMS   UNSECURED        NOT FILED            .00            .00
  THE BUREAUS INC           UNSECURED        NOT FILED            .00            .00
  TIDEWATER MOTOR CREDIT    UNSECURED        12766.26             .00            .00
  CRESCENT BANK & TRUST     SECURED VEHIC    11808.36             .00            .00
  INTERNAL REVENUE SERVICE  UNSECURED         142.94              .00            .00
  BIZAR & DOYLE LLC         DEBTOR ATTY      2,050.00                          653.33
  TOM VAUGHN                TRUSTEE                                             44.67
  DEBTOR REFUND             REFUND                                               .00


                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 09532 JILLIAN M GOAD
```

Summary of Receipts and Disbursements:

---

|                     | RECEIPTS | DISBURSEMENTS |
|---------------------|---------:|--------------:|
| TRUSTEE             |   698.00 |               |
| PRIORITY            |          |           .00 |
| SECURED             |          |           .00 |
| UNSECURED           |          |           .00 |
| ADMINISTRATIVE      |          |        653.33 |
| TRUSTEE COMPENSATION|          |         44.67 |
| DEBTOR REFUND       |          |           .00 |
| TOTALS              |   698.00 |        698.00 |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE